UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA                              CASE NO. 1:23-cv-24408-JAL

   Plaintiff,

vs.

NASCAR DIGITAL MEDIA, LLC.

   Defendant,
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff Alejandro Espinoza, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this "Notice of Voluntary Dismissal with Prejudice" against Defendant NASCAR DIGITAL MEDIA, LLC.  Each side shall bear their own fees and costs.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email: info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###